IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY ANN JONES**                                                         **PLAINTIFF**

VS.                        **CASE NO. 3:14CV00133 JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                            **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 27th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE